UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

CHRISTOPHER PATRICK MOYNIHAN
Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

7:21-MJ-02205

Defendant Christopher Patrick Moynihan hereby voluntarily consents to participate in the following proceeding via   ☒ videoconferencing or ☒ teleconferencing:

☒   Initial Appearance Before a Judicial Officer

☐   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐   Guilty Plea/Change of Plea Hearing

☐   Bail/Detention Hearing

☐   Conference Before a Judicial Officer - Assignment of Counsel

_/s/ Christopher Moynihan_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Christopher Moynihan_
Print Defendant's Name

_____
Defendant's Counsel's Signature

_Jason Ser_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_2/26/21_
Date

_____
U.S. District Judge/U.S. Magistrate Judge